IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:22-cv-597

JENNIFER DUNBAR, President of the Cabarrus Republican Women,

Plaintiff,

vs.

ADDUL RAHMAN EL ALI, individually and in his official capacity as Chairman of the Cabarrus County Republican Party,

Defendant.

**AFFIDAVIT OF REBECCA LAMBERT**

REBECCA LAMBERT, being first duly sworn, deposes and says as follows:

1. My name is Rebecca Lambert. I am an adult citizen and resident of Cabarrus County, North Carolina. I make this affidavit of my own personal knowledge.

2. I served as Vice-President of the Cabarrus Republican Women's Club from November 2017 through June 2018, and as President from June 2018 through November 2018. I was also the Cabarrus Republican Women's Club representative on the County Executive Committee from January 2018 through November 2018.

3. I have never observed any gender discrimination by the County Executive Committee or any of its members.

4. Prior to the lawsuit brought by Jennifer Dunbar, I have never heard mention, from anyone, that the County Party Executive Committee or any of its members discriminated based on gender.

5. I have reviewed the allegations contained in the lawsuit filed by Ms. Dunbar, and I emphatically disagree that any supposed "sex discrimination" exists within

1

the County Party Executive Committee or any of its members. Those accusations, in my view, are entirely baseless.

This the 2nd day of August, 2022.

_Rebecca Lambert_
Rebecca Lambert

Sworn to and subscribed before me
this the 2nd day of August, 2022.

_____
Notary Public
My commission expires: 12/13/26