IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:22-cv-597

| JENNIFER DUNBAR, President of the Cabarrus Republican Women, | |
|---|---|
| Plaintiff, | |
| vs. | **AFFIDAVIT OF DARRIN GAMRADT** |
| ADDUL RAHMAN EL ALI, individually and in his official capacity as Chairman of the Cabarrus County Republican Party, | |
| Defendant. | |

DARRIN GAMRADT, being first duly sworn, deposes and says as follows:

1. My name is Darrin Gamradt. I am an adult citizen and resident of Cabarrus County, North Carolina. I make this affidavit of my own personal knowledge.

2. I have served as an at-large member of the Cabarrus County Republican Party Executive Committee since 2021. I am also an attorney who has been licensed to practice law in North Carolina since 2008 and am in good standing with the North Carolina State Bar.

3. Ms. Dunbar's lawsuit references a June 2022 meeting where the Executive Committee voted on endorsements for the upcoming Cabarrus County School Board election. At that meeting, the Executive Committee voted to endorse three school board candidates for the November 2022 election: two women (Laura

1

Blackwell and Kat Bonds-Moore) and a man (Greg Mills).

4. There were a number of persons at this June 2022 meeting, including some who supported candidates other than the three individuals that the Executive Committee ultimately voted to endorse. Some of these individuals were disruptive and unruly, and they refused to leave the room after the Executive Committee voted to go into closed session. It was a toxic, and in my estimation, potentially dangerous, environment. Based on that, I called the Concord Police Department, who arrived and helped diffuse the crowd.

This the 2nd day of August, 2022.

_____
Darrin Gamradt

Sworn to and subscribed before me
this the 2nd day of August, 2022.

_____
William W Baggs
Notary Public
My commission expires: 2-23-2026

2